**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
Civil Action No. 3:06-CV-483

| | |
|---|---|
| **CRYSTOL SMITH**, as Administrator of the Estate of Priscilla Johnson, Deceased,<br><br>                  Plaintiff,<br><br>    vs.<br><br>**TRANS AM TRUCKING** and<br>**CHARLES HARVEY SPILLER**,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

This matter was considered by the undersigned U.S. Magistrate Judge upon the Plaintiff's Motion for Admission of Frederick J. Jekel *pro hac vice* to serve as co-counsel for the Plaintiff, pursuant to LR 83.1. It appeared to the Judge upon the reasons stated in the Motion for Admission that the motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Admission is **GRANTED**; and it is

**FURTHER ORDERED** that, upon payment of the appropriate fee, Frederick J. Jekel is admitted *pro hac vice* to serve as co-counsel for the Plaintiff in this action.

                Signed: January 5, 2007

David C. Keesler
United States Magistrate Judge