# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:06CV483

| | |
|---|---|
| CRYSTOL SMITH, as Administrator of the Estate of Priscilla Johnson, Deceased, ) ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) ) | **ORDER** |
| TRANS AM TRUCKING and CHARLES HARVEY SPILLER, ) ) ) ) | |
| Defendants/Third Party Plaintiffs, ) ) ) | |
| vs. ) ) ) | |
| CRYSTOL SMITH, Individually, and CATRINIA HARRIS, ) ) ) ) | |
| Third Party Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **August 14, 2007** prepared to summarize the status of this case and to argue any pending motions, including the Plaintiff's Motion to Compel Discovery (Document #21). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **August 14, 2007** for a Status and Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: July 17, 2007

David C. Keesler
United States Magistrate Judge