# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:06-CV-483-RJC-DCK

| | | |
|---|---|---|
| CRYSTOL SMITH, as Administrator of the Estate of Priscilla Johnson, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| TRANS AM TRUCKING, INC. and CHARLES HARVEY SPILLER, | ) ) ) ) | |
| Defendants/Third Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| CRYSTOL SMITH, Individually, and CATRINIA DIANNE HARRIS, | ) ) ) | |
| Third Party Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **August 21, 2007** prepared to summarize the status of this case and to argue any pending motions, including the "Plaintiff's Motion to Compel Discovery" (Document No. 21) filed July 10, 2007. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **August 21, 2007** for a Status and Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS FURTHER ORDERED** that the Status and Motions Hearing scheduled for August 14, 2007 is **CANCELLED**.

Signed: August 8, 2007

David C. Keesler
United States Magistrate Judge