UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:06-CV-483

**CRYSTOL SMITH**, as Administrator of the )
Estate of Priscilla Johnson, Deceased, )
)
                                      Plaintiff, )
)
vs. )
)
**TRANS AM TRUCKING** and )
**CHARLES HARVEY SPILLER**, )
)
      Defendants/Third Party Plaintiffs, )
)
vs. )
)
**CRYSTOL SMITH**, Individually, and )
**CATRINIA HARRIS**, )
)
                  Third Party Defendants. )
)

F I L E D
IN COURT
CHARLOTTE, N. C.

AUG 2 1 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

## ORDER

This matter is before the Court on Plaintiff's Motion for Entry of a Confidentiality Order,

This Court upon hearing argument and reviewing the briefs,

HEREBY ORDERS, ADJUDGES AND DECREES,

That Plaintiff's Motion for Entry of a Confidentiality Order is hereby granted and the attached Confidentiality Order is effective on all parties.

_____
Judge

Dated this 21st day of ~~June~~ August, 2007

1