# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NUMBER: 3:06-CV-483 -RJC-DCK

| | |
|---|---|
| CRYSTOL SMITH, as Administrator of The Estate of Priscilla Johnson, Deceased<br>　　　　Plaintiff, | )<br>)<br>)<br>)<br>)<br>) |
| TRANS AM TRUCKING, INC. and CHARLES HARVEY SPILLER<br>　　　Defendants and Third Party Plaintiffs, | )<br>)　　**ORDER**<br>)<br>)<br>) |
| v. | ) |
| CRYSTOL SMITH, individually, and CATRINIA HARRIS,<br>　　　Third Party Defendants. | )<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion for Extension of Time" (Document No. 39) filed January 30, 2008.

**IT IS, THEREFORE ORDERED,** that the motion is **GRANTED** and the time for responding to Plaintiff's First Request for Admissions is hereby extended until **February 13, 2008**.

　　　　　　　　　　Signed: February 6, 2008

_____
David C. Keesler
United States Magistrate Judge